UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAME BELONG LIMITED,<br>Petitioner,<br>v.<br>VINDEX LLC and BELONG GAMING, LLC,<br>Respondents. | No. 1:26-cv-06977-JHR-KHP |

## ~~[PROPOSED]~~ ORDER AND JUDGMENT

Upon consideration of Petitioner GAME Belong Limited's ("Petitioner") Petition to Confirm, Recognize and Enforce a Nondomestic Arbitral Award and to Enter Judgment (the "Petition"), Petitioner's Memorandum of Law and the Declaration of Brandon C. Bias in support thereof, and the exhibits attached thereto, with proof of due service thereof upon Respondents Vindex LLC ("Vindex") and Belong Gaming, LLC ("Belong," and together with Vindex, "Respondents"), and having considered the responsive briefing and arguments submitted by Respondents, if any, and there being no ground to refuse recognition or enforcement of the arbitral award described below, IT IS HEREBY:

1. ORDERED that the Petition is GRANTED;
2. ORDERED that the final award rendered by the arbitrator on May 1, 2026 in New York, New York in *GAME Belong Ltd. v. Belong Gaming, LLC and Vindex LLC*, JAMS Case No. 5425003464 (the "Final Award"), is CONFIRMED, RECOGNIZED and may be ENFORCED against Respondents;
3. ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Petitioner and against Vindex, in U.S. Dollars, in the amount of $5,293,356.17;

4. ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Petitioner and against Belong, in U.S. Dollars, in the amount of $2,408,328.76;
5. ORDERED that Petitioner is awarded post-award, prejudgment interest at the New York statutory rate of nine percent per annum, pursuant to CPLR 5004, accruing from May 1, 2026 through the date of this judgment;
6. ORDERED that Petitioner is awarded post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing from the date of this judgment through the date of full payment;
7. ORDERED that Petitioner is awarded the reasonable attorneys' fees, costs, and expenses it has incurred in confirming and recognizing the Final Award as against Belong;
8. ORDERED that Petitioner is awarded the reasonable attorneys' fees, costs, and expenses it has incurred in enforcing and collecting on the Final Award as against and from Belong;
9. ORDERED that, within twenty-one (21) days of the date upon which this judgment is issued, Petitioner shall submit documentation establishing the post-award, prejudgment interest that has accrued at the New York statutory rate of nine percent per annum from May 1, 2026 through the date upon which this judgment is issued, and Respondents shall respond to such submission within fourteen (14) days after they are served, after which the Court shall consider Petitioner's submission and Respondents' response(s) and, if appropriate, amend this judgment to include any additional amount owed to Petitioner;
10. ORDERED that, within twenty-one (21) days of the date upon which this judgment is issued, Petitioner shall (if it chooses to do so) submit documentation establishing the

reasonable attorneys' fees, costs, and expenses it has incurred in confirming and recognizing the Final Award against Belong, and Belong shall respond to any such submission within fourteen (14) days after it has been served, after which the Court shall consider Petitioner's submission and Belong's response(s) and, if appropriate, amend this judgment to include any additional amount owed to Petitioner;

11. ORDERED that, within twenty-one (21) days of full satisfaction of this judgment, Petitioner shall (if it chooses to do so) submit documentation establishing the reasonable attorneys' fees, costs, and expenses it has incurred in enforcing and collecting on the Final Award against Belong, and Belong shall respond to any such submission within fourteen (14) days after it has been served, after which the Court shall consider Petitioner's submission and Belong's response(s) and, if appropriate, amend this judgment to include any additional amount owed to Petitioner;

12. ORDERED that the Clerk of Court is respectfully directed to enter judgment in accordance with this Order and Judgment; and

13. ORDERED that this Court retains jurisdiction for any further proceedings as may be necessary to enforce this Order and Judgment and any further awards or judgments that may be obtained by Petitioner against Respondents.

SO ORDERED.

Dated: October 12, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge

NOTICE TO:

**KOBRE & KIM LLP**

Brandon C. Bias
Josef M. Klazen
Evelyn Baltodano Sheehan
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
brandon.bias@kobrekim.com
josef.klazen@kobrekim.com
evelyn.sheehan@kobrekim.com

*Counsel for Petitioner GAME Belong Limited*

**LATHAM & WATKINS LLP**

Christopher Harris
Santiago Bejarano
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
christopher.harris@lw.com
santiago.bejarano@lw.com

Michael E. Bern
555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
michael.bern@lw.com

*Counsel for Vindex LLC*

**BELONG GAMING, LLC**

c/o Delaware Secretary of State
Division Of Corporations
401 Federal Street
Suite #4
Dover, DE 19901
Telephone: (302) 739-3073