USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

GAME BELONG LIMITED,

Petitioner,

-against-

VINDEX LLC, et al.,

Respondents.

---------------------------------------------------------------X

**26-CV-6977 (JHR) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Judgment filed on October 12, 2026 (doc. no 35) the Initial Case Management Conference currently scheduled for **November 24, 2026** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
October 14, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge